# 1: CV00-1475

| | |
|---|---|
| Douglas Sickler<br><br>V<br><br>Raymond VColleran | *Habeas Corpus* |

FILED
SCRANTON
AUG 17 2000
PER _____
DEPUTY CLERK

## PETITION FOR APPOINTMENT OF COUNSEL

TO: THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the petitioner, Douglas Sickler, pro se, in the above-entitled action, pursuant to Pennsylvania Constitution, Article 1, §9 and 42 PaCSA §2501, and respectfully requests that the HONORABLE COURT appoint counsel to represent him in this action before the Court, for the following reasons:

1. Petitioner is unable to afford counsel.
2. Petitioner has a limited knowledge of the law.
3. The issues involved in this action are complex.
4. The institution limits the access to the law library and the materials contained therein are very limited.
5. The ends of justice would be best served in this action if an attorney were appointed to represent the petitioner.

WHEREFORE, for the foregoing reasons, the petitioner respectfully moves this HONORABLE COURT to grant this motion for appointment of counsel in forma pauperis.

Respectfully submitted,

Dated: August 8, 2000

Douglas Sickler
CP-0018
S.C.I. Waymart
P.O. Box 256
Waymart, PA 18472-0256

August 8, 2000

Dear Sir/Madam,

    I am filing this Habeas Corpus in lieu of the previous Habeas Corpus, (Civil No. 1:CV - 00 - 0638), which I filed with your office on April 10, 2000. On that Habeas Corpus, I was told by our Law Library workers, that I had to list all previous appeals that would fit in the space provided and that if your office needed any further information, you's would contact me. Obviously, that information proved to be false, as the Court dismissed my Writ, without prejudice, for failing to exhaust all State remedies, and that the Court thought I was filing on my direct appeal. That is not the case, I was trying to file on my P.C.R.A. hearing, which I did appeal to the Supreme Court, where my petition for allowance of appeal was denied. (Supreme Court order Attached).

    I pray that I am filing this Habeas Corpus properly, as I have little to no knowledge of the Legal System. I am enclosing a motion for Court appointed counsel, if I have erred once again, please appoint me an Attorney to handle this matter properly.

    I respectfully ask this Honorable Court to accept this Habeas Corpus as timely filed, as my previous writ, which was dismissed without prejudice, was filed on April 10, 2000, 18 days before my time limitation to appeal would expire.

Thank you for your time and consideration,

*Douglas Sickler*

Douglas Sickler CP-0018
P.O. Box 256
Waymart, Pa. 18472



# Supreme Court of Pennsylvania
## Middle District

JOAN L. STEHULAK, ESQUIRE
DEPUTY PROTHONOTARY

SHIRLEY BAILEY
CHIEF CLERK

April 28, 1999

434 MAIN CAPITOL BUILDING
P.O. BOX 624
HARRISBURG, PENNSYLVANIA 17108
(717) 787-6181
http://www.courts.state.pa.us

TO:   Gerald J. Wassil, Esquire

RE:   COMMONWEALTH OF PENNSYLVANIA
                                        RESPONDENT
              v.
      DOUGLAS SICKLER
                                        PETITIONER

      No. 1002 M.D. Allocatur Docket 1998

Dear Counsel:

   This is to advise you that the attached order has been entered on the Petition for Allowance of Appeal filed in the above-captioned matter.

                            Very truly yours,
                            Office of the Prothonotary
                            Supreme Court of Pennsylvania

SB/lz
c:  Hon. Joseph M. Augello
    Luzerne; 3273A & 3333 OF 1993
    Criminal Division
    Peter Paul Olszewski, District Attorney
    Frank P. Barletta, Asst. District Attorney

IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | No. 1002 M.D. Alloc. Dkt. 1998 |
| Respondent | |
| | Petition for Allowance of Appeal from the Judgment and Memorandum Opinion of the Superior Court |
| v. | |
| DOUGLAS SICKLER, | |
| Petitioner | |

## ORDER

**PER CURIAM:**

**AND NOW**, this 28th day of April, 1999, the Petition for Allowance of Appeal is DENIED.

TRUE & CORRECT COPY

ATTEST:
APR 28 1999

SHIRLEY BAILEY
CHIEF CLERK