DPS-251                                                                                      August 9, 2001

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. <u>01-2725</u>

IN RE: DOUGLAS SICKLER

Present:     NYGAARD, ALITO and FUENTES, <u>CIRCUIT JUDGES</u>

Submitted is petitioner's application under 28 U.S.C. § 2244 to file a second or successive petition under 28 U.S.C. §2254

in the above-captioned case.

Respectfully,

Clerk

MMW/JLR/je

**FILED**
**HARRISBURG**
AUG 29 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

_____ORDER_____

The foregoing application to file a second or successive 28 U.S.C. § 2254 petition pursuant to 28 U.S.C. § 2244 is denied. Douglas Sickler seeks to file a petition pursuant to § 2254 presenting the same claim that he presented in a prior petition pursuant to § 2254. <u>See</u> 28 U.S.C. § 2244(b)(1).

A True Copy:

Marcia M. Waldron,
Clerk

By the Court,

Circuit Judge

Dated: 23 AUG 2001